IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PEDRO RODRIGUEZ and
MARIA RODRIGUEZ,

    Plaintiffs,

v.                                                                        No. CV 21-225 JB/CG

SUN CITY FINANCE, et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 CONFERENCE

**THIS MATTER** is before the Court on review of the record and the notice of reassignment to the Honorable James Browning as the presiding judge. (Doc. 14).

**IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 6), and all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for **May 5, 2021, at 2:30 p.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE